## NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

**05-1424**

MAUREEN VALLOT

VERSUS

LEROY VALLOT, JR.

************

APPEAL FROM THE
SIXTEENTH JUDICIAL DISTRICT COURT,
PARISH OF ST. MARTIN, NO. 03-66885,
HONORABLE GERARD B. WATTIGNY, DISTRICT JUDGE

************

**MICHAEL G. SULLIVAN
JUDGE**

************

Court composed of Michael G. Sullivan, Billy Howard Ezell, and James T. Genovese, Judges.

**AFFIRMED AND REMANDED.**

**Maureen Vallot**
**In Proper Person**
**7739 - A Main Hwy.**
**St. Martinville, Louisiana 70582**
**(337) 394-4411**

**Leroy Vallot, Jr.**
**In Proper Person**
**417 St. Jude Avenue**
**New Iberia, LA 70560**
**(337) 364-08580**